MARCUS J. LEE
Nevada Bar No. 15767
Marcus.Lee@lewisbrisbois.com
INKU NAM
Nevada Bar No. 12050
Inku.Nam@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

*Attorneys for Tigo Energy, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TIGO ENERGY, INC., a Foreign Corporation,

Plaintiff,

vs.

CEDRIC JONES, an individual,

Defendants.

Case No.

**COMPLAINT AND REQUEST FOR INJUNCTIVE RELIEF**

COMES NOW Plaintiff TIGO ENERGY, INC., (hereinafter "Tigo"), by and through its attorneys of record, Marcus Lee, Esq., and Inku Nam, Esq., of the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby complains and alleges as follows:

**PARTIES**

1. Tigo is, and at all relevant times has been, a corporation organized under the laws of the State of Delaware, registered to do business in Nevada.

2. Tigo is informed and believes, and based thereon alleges, that Defendant CEDRIC JONES ("Defendant") is, and at all relevant times has been, an individual over

eighteen years of age residing in Clark County, Nevada.

**JURISDICTION**

3. This is an action for injunctive relief, damages and other relief, and for protection of legitimate business interests, including trade secrets and/or other highly sensitive, proprietary and valuable business information, which have been harmed and threatened by Defendant's conduct as alleged herein.

4. Personal jurisdiction exists over the Defendant because Defendant, upon information and belief, was last known to reside within the state of Nevada. In the event that Defendant has relocated to a different state, this court still retains personal jurisdiction over Defendant because Defendant entered into employment with Tigo in Nevada, and said employment is the subject of this suit.

5. Personal jurisdiction also exists because Defendant engaged in the theft and misappropriation of Tigo's trade secrets in Nevada. Each and any of these events constitute minimum contacts within the state of Nevada.

6. Subject matter jurisdiction exists under 28 U.S. Code Section 1332. Diversity of citizenship exists between the parties because Tigo is a Delaware limited liability company and Defendant is, based on information and belief, most recently a resident of Nevada. Due to the potential value of the trade secrets misappropriated by Defendant and the monetary harm to Tigo, the amount in controversy exceeds $75,000.

7. Venue is proper in this Court pursuant to 28 U.S. Code Section 1391, because, upon information and belief, Defendant resides within the state of Nevada. Separately, venue is also proper because a substantial part of the events giving rise to this suit occurred in Nevada. Defendant entered into employment with Tigo and worked throughout Nevada. Defendant received training in Nevada in order to conduct work on behalf of Tigo in Nevada. Defendant's

employment with Tigo substantially involved business within Nevada. Defendant misappropriated Tigo's trade secrets in Nevada.

**GENERAL ALLEGATIONS**

8. Plaintiff is a solar energy technology company founded in 2007.

9. On September 20, 2021, Defendant began his employment with Tigo.

10. In connection with Defendant's employment, Defendant received and had access to proprietary property, electronic devices, tools, and files/documents belonging to Tigo containing confidential, trade secret information, including but not limited to client information, technology, and other information or materials comprising or containing Tigo processes or procedures which Defendant agreed would remain the sole property of Tigo and Defendant was required to keep all confidential information confidential and not disclose or use information for any purpose.

11. On January 20, 2023, Defendant's employment was terminated and Defendant was required to return any and all of Tigo's property that remained in his possession.

12. The following is a non-exhaustive list of Tigo's property that remained in Defendant's possession following his termination:

a. TIGO PLC Prototype Signal Analyzer
b. Laptop with power supply, mouse
c. Spectrum Analyzer
d. Handheld Thermal Imaging Camera
e. Fluke electrical Tester
f. Thermocouple Thermometer
g. Screwdriver Set
h. Company Cell Phone
i. Laptop Charger
j. Laptop Power Bank

13. As of the date of this Complaint, Defendant has failed to return Tigo's property



and remains in possession of Tigo's proprietary property, electronic devices, tools, and files/documents belonging to Tigo containing confidential, trade secret information, including but not limited to client information, technology, and other information or materials comprising or containing Tigo processes or procedures.

**FIRST CLAIM FOR RELIEF**
(Injunctive Relief)

14. Tigo repeats and realleges each and every allegation contained above and incorporate the same here by reference.

15. Tigo is entitled to injunctive relief pursuant to NRS 33.010 *et seq*. and FRCP 65, as Tigo is entitled to the relief demanded and such relief consists in retraining the commission or continuance of the acts complained of, now and in the future.

16. Defendant wrongfully usurped and improperly retained proprietary information and trade secrets belonging to Tigo.

17. Tigo is entitled to injunctive relief to protect Tigo and prohibit Defendant from utilizing and disclosing confidential information, trade secrets and materials to others and to prohibit Defendant from soliciting customers and employees of Plaintiff.

18. The conduct and omissions of Defendant as described herein, if allowed to continue, will result in immediate and irreparable harm to Tigo.

19. The conduct and omissions undertaken by Defendant has been ongoing and there is no adequate remedy at law to compensate Tigo or to preclude Defendant from his continuing course of actions to the detriment of Tigo.

20. Defendant is not complying with his obligations to Tigo and will continue to irreparably harm Tigo if an injunction is not immediately issued.

21. Tigo enjoys a likelihood of succeeding on the merits of its claims against

Defendant.

22. Based on and as a result of the foregoing, an injunction is necessary to protect the interests of Plaintiff, to preserve the status quo and to prevent the loss of assets during the pendency of this litigation.

23. Tigo has been forced to retain the services of LEWIS BRISBOIS BISGAARD & SMITH LLP to represent them in this action and therefore are entitled to reimbursement for reasonable attorney's fees and costs.

WHEREFORE, Tigo prays as follows:

1. For Injunctive Relief to prevent further harm to Plaintiff; and

2. For attorney fees, costs, and interest incurred as damages as a result of having to bring this action.

DATED this 24th day of February, 2023

LEWIS BRISBOIS BISGAARD & SMITH LLP

By ./s/ *Marcus Lee*

MARCUS LEE
Nevada Bar No.
INKU NAM
Nevada Bar No. 12050
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383

*Attorneys for Tigo Energy, Inc.*



**<u>CERTIFICATE OF SERVICE</u>**

Pursuant to FRCP 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP, and that on this 24th day of February, 2023, I electronically filed and served the foregoing **COMPLAINT AND REQUEST FOR INJUNCTIVE RELIEF** with the Clerk of the Court through Case Management/Electronic Filing System and by USPS First Class Mail as follows:

**Cedric Jones**
**872 E. Silverado Ranch Blvd.**
**Apt. 2139**
**Las Vegas, NV 89183**
**E-mail: gadgetbeatz@me.com**

*Plaintiff*

By /s/ Krystle Platero
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Tigo Energy, Inc.

**DEFENDANTS**
Cedric Jones

**(b)** County of Residence of First Listed Plaintiff ______
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Clark
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Lewis Brisbois Bisgaard & Smith LLP - 6385 S. Rainbow Blvd, Ste. 600, Las Vegas, NV 89118 (see attachment)

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 2 U.S. Government Defendant
☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
☐ 365 Personal Injury - Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 448 Education

**PRISONER PETITIONS**
**Habeas Corpus:**
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty
**Other:**
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Management Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 835 Patent - Abbreviated New Drug Application
☐ 840 Trademark
☒ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 375 False Claims Act
☐ 376 Qui Tam (31 USC 3729(a))
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit (15 USC 1681 or 1692)
☐ 485 Telephone Consumer Protection Act
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/ Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:
FRCP 65

Brief description of cause:
Misappropriated trade secrets injunctive relief

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE ______ DOCKET NUMBER ______

DATE
2/24/23

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

Lewis Brisbois Bisgaard & Smith LLP

Marcus Lee, Esq.
Nevada Bar No. 15769

Inku Nam, Esq.
Nevada Bar No. 12050